UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROJAS-CIFUENTES on behalf of himself, on behalf of all others similarly situated and in the interest of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ACX PACIFIC NORTHWEST INC; PACIFIC LEASING, LLC; JOHN M. GOMBOS; JOHN E. GOMBOS; and Does 1-20,<br><br>Defendants. | No. 2:14-cv-00697-GEB-CKD<br><br>**ORDER** |

This is a putative class action, in which Plaintiff Miguel Rojas-Cifuentes alleges, *inter alia*, wage and hour violations under state and federal law. Plaintiff states in his Status Report filed June 9, 2014, in relevant part as follows:

> This is a representative and individual action brought by plaintiff to vindicate rights afforded to him and other current or former employees under state and federal wage and hour law. Plaintiff brings this action in the following capacities: (1) individually, (2) as a proposed representative of a Rule 23 Class, (3) as a proposed representative of a Fair Labor Standards Act ("FLSA") class, and (4) as a non-class representative standing "in the shoes" of the State of California to enforce the Labor Code and collect penalties on behalf of the State and workforce, pursuant to the Private Attorneys General Act, Cal. Labor Code §§ 2699 et seq. ("PAGA").

1

. . . .

>   Plaintiff anticipates filing a motion for class certification pursuant to FRCP 23, and a motion to certify a collective action pursuant to FLSA. Plaintiff proposes deadline of September 30[,] 2015 for the filing of these motions.

Plaintiff's proposed briefing schedule concerning the referenced motions is adopted, as modified, as follows: Plaintiff's motion for class certification under Federal Rule of Civil Procedure 23 and motion to certify a collective action under the Fair Labor Standards Act shall be filed no later than September 28, 2015, which shall be noticed for hearing on the earliest available regularly scheduled law and motion hearing date.

Further, the Status (Pretrial Scheduling) Conference scheduled on June 23, 2014, is continued to December 7, 2015, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated:  June 13, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2