1  STAN S. MALLISON (Bar No. 184191)
      StanM@TheMMLawFirm.com
2  HECTOR R. MARTINEZ (Bar No. 206336)
      HectorM@TheMMLawFirm.com
3  MARCO A. PALAU (Bar No. 242340)
      MPalau@TheMMLawFirm.com
4  JOSEPH D. SUTTON (Bar No. 269951)
      JSutton@TheMMLawFirm.com
5  MALLISON & MARTINEZ
   1939 Harrison Street, Suite 730
6  Oakland, California  94612-3547
   Telephone: (510) 832-9999
7  Facsimile:  (510) 832-1101

8  Attorneys for Plaintiff MIGUEL ROJAS-CIFUENTES and
   Real Party in Interest the STATE OF CALIFORNIA, pursuant
9  to the California Labor Code Private
   Attorney General Act

10
   (Counsel for Defendants Appear on Page 2)
11

12
                    **UNITED STATES DISTRICT COURT**
13
                    **EASTERN DISTRICT OF CALIFORNIA**
14

15
                                                    Case No. 2:14-cv-00697-JAM-CKD
16
   MIGUEL ROJAS-CIFUENTES on behalf of himself,
17 on behalf of all others similarly situated and in the
   interest of the general public,                 **STIPULATION AND ORDER TO RE-**
18                                                  **SET CLASS CERTIFICATION**
                                                    **SCHEDULE**
19         Plaintiffs,

20      vs

21
   ACX PACIFIC NORTHWEST INC, PACIFIC
22 LEASING, LLC, JOHN M. GOMBOS, JOHN E.
   GOMBOS and Does 1-20
23
           Defendants.
24

25

26

27

28
                                        1
   STIPULATION & [PROPOSED] ORDER TO RE-SET CLASS CERTIFICATION SCHEDULE

1 | Angel Gomez (State Bar No. 74476)
2 | Kevin D. Sullivan (State Bar No. 270343)
  | EPSTEIN BECKER & GREEN, P.C.
3 | 1925 Century Park East, Suite 500
  | Los Angeles, California 90067-2506
4 | Telephone: 310.556.8861
  | Facsimile: 310.553.2165
5 | agomez@ebglaw.com
  | ksullivan@ebglaw.com

6 | Matthew A. Goodin (State Bar No. 169674)
  | EPSTEIN BECKER & GREEN, P.C.
7 | 655 Montgomery Street, Suite 1150
  | San Francisco, California 94111
8 | Telephone: 415.398.3500
  | Facsimile: 415.398.0955
9 | mgoodin@ebglaw.com

10 | Attorneys for Defendants
   | ACX PACIFIC NORTHWEST, INC., PACIFIC LEASING, LLC, JOHN M. GOMBOS, and
11 | JOHN E. GOMBOS

1   The Parties to the above-entitled action, through their respective counsel of record, submit
2   this Stipulation and Proposed Order to re-set Plaintiff's deadline to file a motion for class
3   certification.  The deadline to move for class certification is presently January 26, 2016.  Because
4   FRCP 30(b)(6) depositions have commenced but have not been completed to date, the Parties agree
5   to request from the court that the deadline for Plaintiff to file his Motion for class Certification be
6   re-set to June 15, 2016.  There is good cause for modifying the existing deadline, and the need to
7   do so is no fault of either party.
8   The Parties have diligently pursued discovery in this matter.  Plaintiff has served
9   interrogatories and document requests and has completed a first round of FRCP 30(b)(6) witness
10  depositions.  However, due to Defendants' and their counsel's unavailability (including an
11  unexpected, extended medical situation), Defendants' 30(b)(6) depositions have not all been
12  completed.  Plaintiff noticed the continued deposition of Defendants' 30(b)(6) witness for
13  November 17, 2015 but due to Defendants' unavailability the depositions were re-noticed for
14  December 14, 2015.  However, Defendants and their counsel were once again unavailable.
15  Plaintiffs intend to examine the Defendants' 30(b)(6) witness on Rule 23 matters, and anticipate
16  that testimony from them on the relevant employment practices and policies will be central to class
17  certification.
18  Additionally, the parties continue to meet and confer over Defendants' document
19  production. Said production is imperative for Plaintiff's Motion for Class Certification, and if the
20  parties are unable to agree on production Plaintiff will proceed with a Motion to Compel.
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  Based on the foregoing, the Parties have agreed to request that the Court continue the
2  deadline for Plaintiff to file a Motion for Class Certification to June 15, 2016.

3

4  Respectfully submitted,

5  DATED: January 11, 2016               **MALLISON & MARTINEZ**

6

7                                               By:   */s/ Joseph D. Sutton*
                                                       Joseph D. Sutton
8                                                      Attorneys for PLAINTIFFS

9

10

11 DATED: January 11, 2016               **EPSTEIN BECKER & GREEN, P.C.**

12

13                                              By:   _____
                                                      ANGEL GOMEZ
14                                                    Attorney for DEFENDANTS

**ORDER AS MODIFIED BY THE COURT**

For good cause appearing, the deadline for Plaintiff to file a motion for class certification under Federal Rule of Civil Procedure Rule 23, and a motion to certify a collective action under the Fair Labor Standards Act, is hereby continued to June 14, 2016, and noticed for hearing on July 12, 2016 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   1/11/2016                                              /s/ John A. Mendez_____

                                                                                Judge John A. Mendez