```
 1  STAN S. MALLISON (Bar No. 184191)
       StanM@TheMMLawFirm.com
 2  HECTOR R. MARTINEZ (Bar No. 206336)
       HectorM@TheMMLawFirm.com
 3  MARCO A. PALAU (Bar No. 242340)
       MPalau@TheMMLawFirm.com
 4  JOSEPH D. SUTTON (Bar No. 269951)
       JSutton@TheMMLawFirm.com
 5  MALLISON & MARTINEZ
    1939 Harrison Street, Suite 730
 6  Oakland, California  94612-3547
    Telephone: (510) 832-9999
 7  Facsimile:  (510) 832-1101

 8  Attorneys for Plaintiff MIGUEL ROJAS-CIFUENTES and
    Real Party in Interest the STATE OF CALIFORNIA, pursuant
 9  to the California Labor Code Private
    Attorney General Act
10
    Angel Gomez (State Bar No. 74476)
11  Kevin D. Sullivan (State Bar No. 270343)
    EPSTEIN BECKER & GREEN, P.C.
12  1925 Century Park East, Suite 500
    Los Angeles, California 90067-2506
13  Telephone:  310.556.8861
    Facsimile: 310.553.2165
14  agomez@ebglaw.com
    ksullivan@ebglaw.com
15
    Attorneys for Defendants
16  ACX PACIFIC NORTHWEST, INC., PACIFIC LEASING, LLC, JOHN M. GOMBOS, and
    JOHN E. GOMBOS
17
    (Additional Counsel for Defendants Appear on Page 2)
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROJAS-CIFUENTES on behalf of himself, on behalf of all others similarly situated and in the interest of the general public,<br><br>Plaintiffs,<br><br>vs<br><br>ACX PACIFIC NORTHWEST INC, PACIFIC LEASING, LLC, JOHN M. GOMBOS, JOHN E. GOMBOS and Does 1-20<br><br>Defendants. | Case No. 2:14-cv-00697-JAM-CKD<br><br>**STIPULATION AND ORDER TO RE-SET CLASS CERTIFICATION DEADLINE AND SET BRIEFING SCHEDULE AND HEARING** |

1 | Matthew A. Goodin (State Bar No. 169674)
  | EPSTEIN BECKER & GREEN, P.C.
2 | 655 Montgomery Street, Suite 1150
  | San Francisco, California 94111
3 | Telephone:  415.398.3500
  | Facsimile:  415.398.0955
4 | mgoodin@ebglaw.com

5 | Attorneys for Defendants
  | ACX PACIFIC NORTHWEST, INC., PACIFIC LEASING, LLC, JOHN M. GOMBOS, and JOHN E. GOMBOS

1  The Parties to the above-entitled action, through their respective counsel of record, submit this Stipulation and Proposed Order to (a) re-set Plaintiff's deadline to file his Motion for Class Certification and (b) set a briefing schedule and hearing date on Motion for Class Certification. The deadline to move for class certification is presently June 14, 2016.  Because FRCP 30(b)(6) depositions have commenced but have not been completed, and there is pending class certification discovery and discovery-related motions that need to be resolved prior to the filing of Plaintiff's Class Certification Motion, the Parties agree to request from the court that the deadline for Plaintiff to file his Motion for Class Certification be re-set to November 14, 2016.  This is the second request by the Parties to continue the class certification deadline.  There is good cause for modifying the existing deadline, and the need to do so is no fault of either party.

The Parties have diligently pursued discovery in this matter.  Plaintiff has served interrogatories and document requests.  Plaintiff has filed a Motion to Compel Further Discovery Responses and for Production of Documents.  (Dkt. No. 23.)  Plaintiff contends that this motion pertains to discovery that Plaintiff is central to his moving for class certification.  The Parties disagree regarding whether the documents sought are discoverable based on the causes of action that are presently set forth in Plaintiff's operative First Amended Complaint.  Plaintiff also seeks to further amend the First Amended Complaint to add new claims and theories of liability. Accordingly, the Parties have agreed that Plaintiff will take off calendar his pending Motion to Compel Further Discovery Responses and for Production of Documents[1] while he seeks leave from the Court to file a second amended complaint.  Based upon the Court's ruling on Plaintiff's anticipated motion for leave to file a second amended complaint, the Parties will again meet and confer regarding the requests at issue in Plaintiff's pending Motion to Compel Further Discovery Responses and for Production of Documents before Plaintiff refiles his motion.

Plaintiff has also filed a Motion to Compel Further Responses to Interrogatories, seeking the contact information for putative class members.  (Dkt. No. 24.)  Plaintiff contends that this

---

[1] Should the Court reject the continuance of the class certification deadline, Plaintiff will re-notice his Motion to Compel Further Discovery Responses and for Production of Documents.

3
STIPULATION & [PROPOSED] ORDER TO RE-SET CLASS CERTIFICATION SCHEDULE

1. motion pertains to discovery that Plaintiff is central to his moving for class certification.  The
2. Parties have agreed that (a)  Plaintiff will withdraw his pending Motion to Compel Further
3. Responses to Interrogatories,[2] and (b) Defendant will provide the contact information for putative
4. class members subject to (i) an appropriate protective order and (ii) an opt-out notice pursuant to
5. the procedure set forth in *Belaire-West Landscape, Inc. v. Superior Court*, 149 Cal. App. 4th 554,
6. 561 (2007), that will be disseminated to the putative class.  *See, e.g.*, *Aldapa v. Fowlery Packing
7. Co., Inc.*, 310 F.R.D. 583, 588 (E.D. Cal. 2015) ("Federal courts have adopted the *Belaire* opt out
8. procedure in employment class actions.").  However, the Parties must still meet and confer
9. regarding the language of a protective order and *Belaire* notice, in addition to obtaining approval
10. from the Court regarding both issues.  Thereafter, notice will be sent to the putative class members
11. and they will have 30 to 45 days to opt out from having their contact information provided to
12. Plaintiff's counsel. At that point, subject to the protective order, Plaintiff's counsel will be
13. provided the contact information for putative class members who did not opt out.  The amount of
14. time this process will take further warrants continuing the class certification deadline.
15.       Plaintiff has also completed two rounds of FRCP 30(b)(6) witness depositions and is
16. meeting and conferring with Defendants about dates for further 30(b)(6) and fact witness
17. depositions.  However, not all anticipated depositions have been completed.  The parties have
18. agreed to notice the continued deposition of Defendants' 30(b)(6) witnesses and other additional
19. witnesses for June and/or July 2016, or later if necessary.  Defendants' counsel is presently
20. completing discovery in another matter that is expected to go to trial on July 27, 2016, and thus the
21. complications in scheduling the completion of Defendants' witnesses.  Plaintiff intends to examine
22. Defendants' 30(b)(6) witnesses on Rule 23 matters, and anticipates that testimony from them and
23. other additional witnesses/supervisors on the relevant employment practices and policies will be
24. central to class certification.
25.       Based on the foregoing, the Parties have agreed to request that the Court continue the

---

[2] Should the Court reject the continuance of the class certification deadline, Plaintiff will re-notice his Motion to Compel Further Responses to Interrogatories.

4
STIPULATION & [PROPOSED] ORDER TO RE-SET CLASS CERTIFICATION SCHEDULE

deadline for Plaintiff to file a Motion for Class Certification to November 14, 2016.  Moreover, given the significance of this motion and anticipated need to conduct further discovery concerning certification during the briefing process, the Parties have agreed to a briefing and hearing schedule as follows:

- Plaintiff shall file his Motion for Class Certification by no later than November 14, 2016;
- Defendants shall file their Opposition to Plaintiff's Motion for Class Certification by no later than December 19, 2016;
- Plaintiff shall file his Reply to Defendants' Opposition to Motion for Class Certification by no later than January 9, 2017; and
- The hearing on Plaintiff's Motion for Class Certification shall be set for February 7, 2017 at 1:30 p.m., or whichever date and time are convenient for the Court.

Respectfully submitted,

DATED:  May 24, 2016         **MALLISON & MARTINEZ**

By:   */s/ Marco A. Palau*
      Marco A. Palau
      Attorneys for PLAINTIFFS

DATED:  May 24, 2016         **EPSTEIN BECKER & GREEN, P.C.**

By:   [signature]
      ANGEL GOMEZ
      Attorney for DEFENDANTS

**ORDER**

For good cause appearing, the deadline for Plaintiff to file a motion for class certification under Federal Rule of Civil Procedure Rule 23, and a motion to certify a collective action under the Fair Labor Standards Act, is hereby continued to November 14, 2016;

Defendants shall file their Opposition to Plaintiff's Motion for Class Certification by no later than December 19, 2016.

Plaintiff shall file his Reply to Defendants' Opposition to Motion for Class Certification by no later than January 9, 2017.

The hearing on Plaintiff's Motion for Class Certification shall be set for February 7, 2017 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 5/24/2016                             /s/ John A. Mendez_____

                                             U. S. District Court Judge