| | |
|---|---|
| 1 | MALLISON & MARTINEZ |
| | ATTORNEYS AT LAW |
| 2 | Stan S. Mallison (SBN 184191) |
| | Hector R. Martinez (SBN 206336) |
| 3 | Marco A. Palau (SBN 242340) |
| | Joseph D. Sutton (SBN 269951) |
| 4 | Eric S. Trabucco (SBN 295473) |
| | 1939 Harrison Street, Suite 730 |
| 5 | Oakland, California 94612 |
| | Telephone: (510) 832-9999 |
| 6 | Facsimile: (510) 832-1101 |
| | StanM@TheMMLawFirm.com |
| 7 | HectorM@TheMMLawFirm.com |
| | MPalau@TheMMLawFirm.com |
| 8 | JSutton@TheMMLawFirm.com |
| | ETrabucco@TheMMLawFirm.com |

Attorneys for Plaintiff

Angel Gomez State (SBN 74476)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile: 310.553.2165
agomez@ebglaw.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROJAS-CIFUENTES on behalf of himself, on behalf of all other similarly situation and in interest of the general public, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ACX PACIFIC NORTHWEST INC., PACIFIC LEASING, LLC, JOHN M. GOMBOS, JOHN E. GOMBOS and DOES 1-20<br><br>Defendant. | Case No. 2:14-cv-00697-GEB-CKD<br><br>**STIPULATION AND ORDER TO VACATE OR, IN THE ALTERNATIVE, CONTINUE THE HEARING ON PLAINTIFF'S MOTIONS TO COMPEL FURTHER RESPONSES TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**<br><br>Complaint Filed: March 14, 2014 |

1

**STIPULATION & ORDER TO VACATE OR CONTINUE HEARING ON PLAINTIFF'S DISCOVERY MOTIONS CERTIFICATION**

The Parties to the above-entitled action, through their respective counsel of record, submit this Stipulation and Proposed Order to vacate the hearing on Plaintiff's Motion to Compel Further Responses to Interrogatories (ECF No. 24) and Motion to Compel Production of Documents (ECF No. 23) or, in the alternative, to continue said hearing to a later date pursuant to Local Rule 230(f).

Plaintiff filed the above discovery motions in order to resolve disputes that concern the disclosure of contact information for putative class members, and the production of time and payroll records of putative class members. In a continued effort to narrow the issues and avoid unnecessary expenditure of party and judicial resources, the Parties have agreed to take the pending discovery motions off calendar without prejudice to Plaintiff's right to have them heard at a future date if, despite the efforts of the Parties, the disputes surrounding Plaintiff's discovery motions cannot be resolved without court intervention.

The Parties are meeting and conferring on a notice and opt-out procedure ("*Belaire* Notice") that will inform putative class members of this action and provide them an opportunity to opt out of disclosing their contact information. The Parties intend to provide a *Belaire* Notice for court approval in the coming days. Plaintiff has also agreed to address certain issues concerning the pleadings and is considering these issues as well the available options to address them. Plaintiff intends to meet and confer with Defendants in an attempt to resolve any pleading issues prior to seeking court intervention.

Based on the foregoing, the Parties agree that Plaintiff's discovery motions (ECF Nos. 23, 24) should be taken off calendar at this time or continued to a date that is acceptable to the Court not later than August 31, 2016. The Parties respectfully request that the Court adopt the

accompanying Order.

Respectfully submitted,

DATED: May 25, 2016          MALLISON & MARTINEZ

By: /s/ Marco A. Palau
MARCO A. PALAU
Attorney for Plaintiff

DATED: May 25, 2016          EPSTEIN BECKER & GREEN, P.C.

By: /s/ Kevin D. Sullivan
ANGEL GOMEZ
KEVIN SULLIVAN
Attorney for Defendants

ORDER

For good cause appearing, the June 1, 2016 hearing on Plaintiff's Motion to Compel Further Responses to Interrogatories (ECF No. 24) and Motion to Compel Production of Documents (ECF No. 23) is hereby vacated without prejudice to the Motions being heard at a later date.

IT IS SO ORDERED.

Dated: May 26, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE