UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROJAS-CIFUENTES,<br><br>           Plaintiff,<br><br>      v.<br><br>ACX PACIFIC NORTHWEST, INC., et al.,<br><br>           Defendants. | No. 2:14-cv-0697 JAM CKD<br><br><br>ORDER |

Plaintiff's motion to compel came on regularly for hearing on September 21, 2016. Marco Palau appeared for plaintiff. Kevin Sullivan appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

Defendant concedes that if the motion to amend, which is pending before the District Judge, is granted, the requested documents should be produced. The motion to compel (ECF No. 38) is therefore conditionally granted. With fourteen days of entry of an order granting the motion to amend, responsive documents shall be produced in native electronic format, to the extent they exist in said format. Documents produced shall be subject to the protective order previously entered (ECF No. 37). Any further dispute regarding the requested documents in the

/////

event that the motion to amend is not granted may be resolved by an informal discovery conference, the procedures for which are set forth on the undersigned's court website.

Dated:  September 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE