Angel Gomez (State Bar No. 74476)
Kevin D. Sullivan (State Bar No. 270343)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone:  310.556.8861
Facsimile:  310.553.2165
agomez@ebglaw.com
ksullivan@ebglaw.com

Matthew A. Goodin (State Bar No. 169674)
EPSTEIN BECKER & GREEN, P.C.
655 Montgomery Street, Suite 1150
San Francisco, California 94111
Telephone:  415.398.3500
Facsimile:  415.398.0955
mgoodin@ebglaw.com

Attorneys for Defendants
ACX PACIFIC NORTHWEST, INC., PACIFIC LEASING, LLC,
JOHN M. GOMBOS, and JOHN E. GOMBOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROJAS-CIFUENTES on behalf of himself, on behalf of all others similarly situated and in the interest of the general public,<br><br>Plaintiffs,<br><br>vs<br><br>ACX PACIFIC NORTHWEST INC, PACIFIC LEASING, LLC, JOHN M. GOMBOS, JOHN E. GOMBOS and Does 1-20<br><br>Defendants. | Case No. 2:14-cv-00697-JAM-CKD<br><br>**STIPULATION AND ORDER TO RE-SET CLASS CERTIFICATION DEADLINE; SET BRIEFING SCHEDULE AND HEARING; AND CONTINUE DEADLINE FOR DEFENDANTS TO PRODUCE RESPONSIVE DOCUMENTS** |

The Parties to the above-entitled action, through their respective counsel of record, submit this Stipulation and Proposed Order to (a) extend the deadline for Defendants to produce documents pursuant to Magistrate Judge Delaney's September 22, 2016 order that recently became effective on the Court granting Plaintiff's motion for leave to amend; (b) re-set Plaintiff's deadline to file his Motion for Class Certification; and (c) set a briefing schedule and hearing date on Motion for Class Certification.

///

1

STIPULATION & [PROPOSED] ORDER

1  The deadline to move for class certification is presently November 14, 2016.  The Parties agree to request from the Court that the deadline for Plaintiff to file his Motion for Class Certification be re-set to March 20, 2017.  There is good cause for modifying the existing deadline, and the need to do so is no fault of either party.

Plaintiff recently moved to compel Defendant to produce documents.  ECF No. 38.  Plaintiff contends that the discovery sought is central to his moving for class certification.  The Parties disagreed regarding whether the documents sought were discoverable based on the causes of action that were set forth in Plaintiff's then-operative First Amended Complaint.  Consequently, Plaintiff also moved for leave to file a Second Amended Complaint to add new claims and theories of liability.

On September 22, 2016, Magistrate Judge Delaney conditionally granted Plaintiff's motion to compel production of documents (the condition being that Plaintiff be granted leave to amend), providing that "[w]ith[in] fourteen days of entry of an order granting the motion to amend, responsive documents shall be produced in native electronic format, to the extent they exist in said format." ECF No. 47.

On October 25, 2016, the Court granted Plaintiff's motion for leave to amend.  ECF No. 48.  Because the Court granted Plaintiff's motion for leave to amend, Magistrate Judge Delaney's order conditionally granting Plaintiff's motion to compel production of documents – that sought time and pay records for the putative class – became effective that same day.

Now that Magistrate Judge Delaney's order conditionally granting Plaintiff's motion to compel production of documents – that sought time and pay records for the putative class – became effective, Defendants must provide voluminous records for the putative class – consisting of nearly 450 individuals – within fourteen days.  However, Defendants are in the process of physically moving their corporate offices more than 100 miles, and that process is expected to take six to eight weeks.  Moreover, Defendants' human resources manager recently left for maternity leave and will be out on maternity leave until January 2017.  Her absence greatly affects Defendants' ability to compile these records for production.  Consequently, Defendants seek 45 additional days in which to produce these records.

Plaintiff anticipates that additional time will be required to analyze the time and payroll records that Defendants are expected to produce for approximately 450 workers. Plaintiff anticipates using a database expert to analyze electronic class member data and to provide expert analysis in support of class certification. To the extent that paper records are provided, Plaintiff will require time to review and analyze for purposes of using records for certification. Further, Plaintiff may need to conduct additional depositions on class certification issues following Defendants' document production. However, further depositions have been delayed pending the Court's rulings on Plaintiff's motions for leave to amend and to compel. ECF Nos. 46 & 47.

Based on the foregoing, the Parties have agreed to request that the Court (a) continue the deadline for Plaintiff to file a Motion for Class Certification to March 20, 2017; (b) continue the previously agreed-upon briefing schedule to track the new deadline; and (c) extend for 75 days the deadline for Defendants to produce documents pursuant to Magistrate Judge Delaney's September 22, 2016 order (ECF No. 47). The Parties have agreed to a briefing and hearing schedule as follows:

- Plaintiff shall file his Motion for Class Certification by no later than March 20, 2017;
- Defendants shall file their Opposition to Plaintiff's Motion for Class Certification by no later than April 24, 2017;
- Plaintiff shall file his Reply to Defendants' Opposition to Motion for Class Certification by no later than May 15, 2017; and
- The hearing on Plaintiff's Motion for Class Certification shall be set for June 20, 2017 at 1:30 p.m.

Respectfully submitted,

DATED: October 28, 2016            **MALLISON & MARTINEZ**

By:   /s/ Marco A. Palau
      Marco A. Palau
      Attorneys for PLAINTIFFS

DATED:  October 28, 2016              **EPSTEIN BECKER & GREEN, P.C.**


                                      By:   /s/  Angel Gomez
                                            ANGEL GOMEZ
                                          Attorney for DEFENDANTS

**ORDER AS MODIFIED BY THE COURT**

For good cause appearing, the deadline for Plaintiff to file a motion for class certification under Federal Rule of Civil Procedure 23, and a motion to certify a collective action under the Fair Labor Standards Act, is hereby continued to March 20, 2017.

Defendants shall file their Opposition to Plaintiff's Motion for Class Certification by no later than April 24, 2017.

Plaintiff shall file his Reply to Defendants' Opposition to Motion for Class Certification by no later than May 15, 2017.

The hearing on Plaintiff's Motion for Class Certification shall be set for **June 20, 2017 at 1:30 p.m.**

Also for good cause appearing, Defendants shall have until January 23, 2017 to produce documents pursuant to Magistrate Judge Delaney's September 22, 2016 order (ECF No. 47).

IT IS SO ORDERED.

Dated:   10/28/2016

/s/ John A. Mendez
John A. Mendez
United States District Court Judge