Angel Gomez (State Bar No. 74476)
Kevin D. Sullivan (State Bar No. 270343)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile: 310.553.2165
agomez@ebglaw.com
ksullivan@ebglaw.com

Attorneys for Defendants
ACX PACIFIC NORTHWEST, INC., PACIFIC LEASING, LLC,
JOHN M. GOMBOS, and JOHN E. GOMBOS
(Additional Counsel for Defendants Appear on Page 2)

STAN S. MALLISON (Bar No. 184191)
   StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
   HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar No. 242340)
   MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
   JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff MIGUEL ROJAS-CIFUENTES
and Real Party in Interest the STATE OF CALIFORNIA,
pursuant to the California Labor Code Private
Attorney General Act

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROJAS-CIFUENTES on behalf of himself, on behalf of all others similarly situated and in the interest of the general public,<br><br>Plaintiffs,<br><br>vs<br><br>ACX PACIFIC NORTHWEST INC, PACIFIC LEASING, LLC, JOHN M. GOMBOS, JOHN E. GOMBOS and Does 1-20<br><br>Defendants. | Case No. 2:14-cv-00697-JAM-CKD<br><br>STIPULATION AND [~~PROPOSED~~] *JAM* ORDER TO CONTINUE CLASS CERTIFICATION DEADLINE; CONTINUE BRIEFING SCHEDULE AND HEARING; AND CONTINUE DEADLINE FOR DEFENDANTS TO PRODUCE RESPONSIVE DOCUMENTS |

STIPULATION & [PROPOSED] ORDER

1

1  Matthew A. Goodin (State Bar No. 169674)
   EPSTEIN BECKER & GREEN, P.C.
2  655 Montgomery Street, Suite 1150
   San Francisco, California 94111
3  Telephone: 415.398.3500
   Facsimile: 415.398.0955
4  mgoodin@ebglaw.com

5  Attorneys for Defendants
   ACX PACIFIC NORTHWEST, INC., PACIFIC LEASING, LLC, JOHN M. GOMBOS, and
6  JOHN E. GOMBOS

STIPULATION & [PROPOSED] ORDER

1      The Parties to the above-entitled action, through their respective counsel of record, submit
2 this Stipulation and Proposed Order to (a) continue Plaintiff's deadline to file his Motion for Class
3 Certification; (b) continue the briefing schedule and hearing date on Motion for Class Certification;
4 and (c) further extend the deadline for Defendants to produce documents pursuant to Magistrate
5 Judge Delaney's order.
6      Plaintiff's deadline to move for class certification is presently March 20, 2017. Because
7 Fed.R.Civ.P. 30(b)(6) depositions have commenced but have not been completed, and because
8 pleading-related and discovery-related motions were only recently resolved, the Parties agree to
9 request from the Court that the deadline for Plaintiff to file his Motion for Class Certification be re-
10 set to May 19, 2017. There is good cause for modifying the existing deadline, and the need to do
11 so is no fault of either party.
12      On October 28, 2016, the parties' previously stipulated to a continue the above dates as the
13 Defendants were required to "provide voluminous records for the putative class – consisting of
14 nearly 450 individuals – within fourteen days. However, Defendants are in the process of
15 physically moving their corporate offices more than 100 miles, and that process is expected to take
16 six to eight weeks. Moreover, Defendants' human resources manager recently left for maternity
17 leave and will be out on maternity leave until January 2017. Her absence greatly affects
18 Defendants' ability to compile these records for production. Consequently, Defendants seek 45
19 additional days in which to produce these records." ECF No. 51 at 2:22–28.
20      On October 31, 2016, the Court granted the parties' stipulation. ECF No. 51. Specifically,
21 the Court ordered as follows:

> For good cause appearing, the deadline for Plaintiff to file a motion for class certification under Federal Rule of Civil Procedure 23, and a motion to certify a collective action under the Fair Labor Standards Act, is hereby continued to March 20, 2017.
> Defendants shall file their Opposition to Plaintiff's Motion for Class Certification by no later than April 24, 2017.
> Plaintiff shall file his Reply to Defendants' Opposition to Motion for Class Certification by no later than May 15, 2017.
> The hearing on Plaintiff's Motion for Class Certification shall be set for June 20, 2017 at 1:30 p.m.

28 ///

3
STIPULATION & [PROPOSED] ORDER

Also for good cause appearing, Defendants shall have until January 23, 2017 to produce documents pursuant to Magistrate Judge Delaney's September 22, 2016 order (ECF No. 47).

*Id.* at 5:2–12.

Unexpectedly, the process for moving Defendants' corporate offices – including all of the records that are to be produced in this litigation – has taken longer than anticipated. Defendants are still in the process of moving into its new facility in Los Angeles. Consequently, Defendants have been unable to compile the document production. Compounding this issue is that Defendants' human resources manager has not returned from maternity leave. For this reason, Defendants seek an additional 60 days to produce documents. As a result, all corresponding dates in the class certification briefing schedule should also be continued.

The parties have also met and conferred regarding the propriety of certain affirmative defenses within Defendants' Answer to Plaintiff's Second Amended Complaint. ECF No. 52. In lieu of unnecessary motion practice, the parties stipulate that Defendants shall file an Amended Answer to Plaintiff's Second Amended Complaint.

Based on the foregoing, the Parties have agreed to request that the Court (a) continue the deadline for Plaintiff to file a Motion for Class Certification to May 19, 2017; (b) continue the previously agreed-upon briefing schedule to track the new deadline; (c) extend for 60 days the deadline for Defendants to produce documents; and (d) permit Defendants to file an Amended Answer to Plaintiff's Second Amended Complaint within seven days of the Court's order on this stipulation. The Parties have agreed to a briefing and hearing schedule as follows:

- Plaintiff shall file his Motion for Class Certification by no later than May 19, 2017;
- Defendants shall file their Opposition to Plaintiff's Motion for Class Certification by no later than June 23, 2017;
- Plaintiff shall file his Reply to Defendants' Opposition to Motion for Class Certification by no later than July 14, 2017; and

///

- The hearing on Plaintiff's Motion for Class Certification shall be set for August 15, 2017 at 1:30 p.m., or whichever date and time are convenient for the Court.

Respectfully submitted,

DATED: January 20, 2017        **MALLISON & MARTINEZ**

By: /s/ Marco A. Palau
    Marco A. Palau
    Attorneys for PLAINTIFFS

DATED: January 20, 2017        **EPSTEIN BECKER & GREEN, P.C.**

By: /s/ Kevin D. Sullivan
    Kevin D. Sullivan
    Attorney for DEFENDANTS

## [PROPOSED] ORDER

For good cause appearing, the deadline for Plaintiff to file a motion for class certification under Federal Rule of Civil Procedure 23, and a motion to certify a collective action under the Fair Labor Standards Act, is hereby continued to May 19, 2017.

Defendants shall file their Opposition to Plaintiff's Motion for Class Certification by no later than June 23, 2017.

Plaintiff shall file his Reply to Defendants' Opposition to Motion for Class Certification by no later than July 14, 2017.

The hearing on Plaintiff's Motion for Class Certification shall be set for August 22, 2017 at 1:30 p.m.

Also for good cause appearing, Defendants shall have until March 24, 2017 to produce documents pursuant to Magistrate Judge Delaney's order (ECF No. 47).

Also for good cause appearing, Defendants shall file an Amended Answer to Plaintiff's Second Amended Complaint within seven days of the Court's order on this stipulation.

IT IS SO ORDERED.

Dated: 1-20-2017

John A. Mendez
United States District Judge