STAN S. MALLISON (Bar No. 184191)
StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
HectorM@TheMMLawFirm.com
MARCO A. PALAU (Bar No. 242340)
MPalau@TheMMLawFirm.com
JOSEPH D. SUTTON (Bar No. 269951)
JSutton@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff MIGUEL ROJAS-CIFUENTES and
Real Party in Interest the STATE OF CALIFORNIA, pursuant
to the California Labor Code Private Attorney General Act

Angel Gomez (State Bar No. 74476)
Kevin D. Sullivan (State Bar No. 270343)
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone: 310.556.8861
Facsimile: 310.553.2165
agomez@ebglaw.com
ksullivan@ebglaw.com

Attorneys for Defendants
ACX PACIFIC NORTHWEST, INC., PACIFIC LEASING, LLC, JOHN M. GOMBOS, and JOHN E. GOMBOS
(Additional Counsel for Defendants Appear on Page 2)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL ROJAS-CIFUENTES on behalf of himself, on behalf of all others similarly situated and in the interest of the general public,<br><br>Plaintiffs,<br><br>vs<br><br>ACX PACIFIC NORTHWEST INC, PACIFIC LEASING, LLC, JOHN M. GOMBOS, JOHN E. GOMBOS and Does 1-20<br><br>Defendants. | Case No. 2:14-cv-00697-JAM-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE CLASS CERTIFICATION DEADLINE; CONTINUE BRIEFING SCHEDULE AND HEARING; AND CONTINUE DEADLINE FOR DEFENDANTS TO PRODUCE RESPONSIVE DOCUMENTS** |

Matthew A. Goodin (State Bar No. 169674)
EPSTEIN BECKER & GREEN, P.C.
655 Montgomery Street, Suite 1150
San Francisco, California 94111
Telephone:  415.398.3500
Facsimile:  415.398.0955
mgoodin@ebglaw.com

Attorneys for Defendants
ACX PACIFIC NORTHWEST, INC., PACIFIC LEASING, LLC, JOHN M. GOMBOS, and JOHN E. GOMBOS

The Parties to the above-entitled action, through their respective counsel of record, submit this Stipulation and Proposed Order to (a) continue Plaintiff's deadline to file his Motion for Class Certification; (b) continue the briefing schedule and hearing date on Motion for Class Certification; and (c) further extend the deadline for Defendants to produce documents pursuant to Magistrate Judge Delaney's order.

Plaintiff's deadline to move for class certification is presently May 19, 2017. Because FRCP 30(b)(6) depositions have commenced but have not been completed, because documents pursuant to Magistrate Judge Delaney's September 22, 2016 Order conditionally granting Plaintiff's Motion to Compel were only produced on April 28, 2017, and because further production by Defendants of paper records may be forthcoming, the Parties agree to request from the Court that the deadline for Plaintiff to file his Motion for Class Certification be re-set to November 19, 2017. There is good cause for modifying the existing deadline, and the need to do so is no fault of either party.

Pursuant to Magistrate Judge Delaney's September 22, 2016 Order, Defendants were ordered to produce documents in native electronic format, to the extent they exist. (ECF No. 47.) Defendants served voluminous records for the putative class – consisting of nearly 450 individuals – in March and April 2017. Plaintiff is still reviewing said records, and the Parties are currently meeting and conferring regarding Defendant producing some documents in paper form.

Thus, Plaintiff and Defendants are still actively engaged in discovery practice that will have a significant impact on Plaintiff's Motion for Class Certification. Because production of documents occurred in March and April 2017 and further production in paper form may be forthcoming, Plaintiff will not have enough time to synthesize the documents and data sufficient for purposes of preparing his Motion for Class Certification.

Additionally, Plaintiff's counsel will be unavailable to brief class certification issues in June and July 2017. And Defendants' counsel will be engaged in either arbitration or trial in other matters in July, September, October, and November 2017, and thus request that class certification not be briefed during this time.

Based on the foregoing, the Parties have agreed to request that the Court (a) continue the deadline for Plaintiff to file a Motion for Class Certification to November 17, 2017, and (b) set a new briefing schedule to track the new deadline. The Parties have further agreed to continue to meet and confer regarding whether Plaintiff wants additional records for putative class members produced that are available only in paper form. The Parties have agreed to a briefing and hearing schedule as follows:

- Plaintiff shall file his Motion for Class Certification by no later than November 17, 2017;
- Defendants shall file their Opposition to Plaintiff's Motion for Class Certification by no later than January 19, 2018;
- Plaintiff shall file his Reply to Defendants' Opposition to Motion for Class Certification by no later than February 14, 2018; and
- The hearing on Plaintiff's Motion for Class Certification shall be set for March 13, 2018 at 1:30 p.m., or whichever date and time are convenient for the Court.

Respectfully submitted,

DATED: May 17, 2017      **MALLISON & MARTINEZ**

By:    /S/ Marco A. Palau
        Marco A. Palau
        Attorneys for PLAINTIFF

DATED: May 17, 2017      **EPSTEIN BECKER & GREEN, P.C.**

By:    /S/ Kevin D. Sullivan
        Kevin D. Sullivan
        Attorney for DEFENDANTS

4
STIPULATION & [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION DEADLINE; CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE

# ORDER

For good cause appearing, the deadline for Plaintiff to file a motion for class certification under Federal Rule of Civil Procedure 23, and a motion to certify a collective action under the Fair Labor Standards Act, is hereby continued to November 17, 2017.

Defendants shall file their Opposition to Plaintiff's Motion for Class Certification by no later than January 19, 2018.

Plaintiff shall file his Reply to Defendants' Opposition to Motion for Class Certification by no later than February 14, 2018.

The hearing on Plaintiff's Motion for Class Certification shall be set for March 13, 2018 at 1:30 p.m. *No further stipulations or requests to continue the deadline for Class Certification will be allowed.*

IT IS SO ORDERED.

Dated: 5-17-2017

John A. Mendez
United States District Court Judge

---

1
STIPULATION & [PROPOSED] ORDER TO CONTINUE CLASS CERTIFICATION DEADLINE; CONTINUE CLASS CERTIFICATION BRIEFING SCHEDULE