✎ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## EASTERN District of CALIFORNIA

MIGUEL ROJAS-CIFUENTES, et al.

         Plaintiff (s),

  V.

ACX PACIFIC NORTHWEST INC., et al.

         Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:14-cv-00697-JAM-CKD

Notice is hereby given that, subject to approval by the court, __AXC Pacific Northwest Inc., et al.__ substitutes
                       (Party (s) Name)

__Caitlin W. Tran__, State Bar No. __305626__ as counsel of record in
 (Name of New Attorney)

place of __Angel Gomez, III, Kevin Dennis Sullivan, and Matthew Ames Goodin of Epstein Becker & Green.__
           (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:  Winston & Strawn, LLP
 Address:   333 S. Grand Avenue, 38th Floor, Los Angeles, CA  90071
 Telephone:  213-615-1700   Facsimile 213-615-1750
 E-Mail (Optional): cwtran@winston.com

I consent to the above substitution.

Date: 2/5/19             SEE SIGNATURE ATTACHED
                     (Signature of Party (s))

I consent to being substituted.

Date: 2/22/19            SEE SIGNATURE ATTACHED
                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/25/19            SEE SIGNATURE ATTACHED
                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/8/19             /s/ John A. Mendez
                        Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.Forms*Workflow*.com