# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ROJAS-CIFUENTES on behalf of himself, on behalf of all others similarly situated and in the interest of the general public,<br><br>　　　　　Plaintiffs,<br><br>　vs<br><br>ACX PACIFIC NORTHWEST INC, PACIFIC LEASING, LLC, JOHN M. GOMBOS, JOHN E. GOMBOS and Does 1-20<br><br>　　　　　Defendants. | Case No. 2:14-cv-00697-CKD<br><br>**ORDER GRANTING JOINT STIPULATION RE DEFENDANTS' RESPONSE TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |

The Court, having considered the Parties' Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

Pursuant to the stipulation of the parties, Defendants Al Dahra ACX, Inc. (formerly ACX Pacific Northwest Inc.), Pacific Leasing, LLC, John M. Gombos, and John E. Gombos ("Defendants") shall not be required to file an Answer or other responsive pleading to the Third Amended Complaint. Defendants shall maintain the right to assert any and all applicable affirmative defenses.

This Order precludes any (a) right to obtain a default judgment against Defendants on the basis that Defendants did not respond to the Third Amended Complaint, (b) argument that Defendants waived any right to a motion to dismiss or other challenge to the pleadings, and (c) argument that Defendants waived any affirmative defense.

If the Parties' class action settlement (Settlement Agreement at ECF No. 93-6) does not obtain Final Approval and entry of judgment, Plaintiff will withdraw the Third Amended Complaint and it will be void *ab initio*.

**IT IS SO ORDERED.**

Dated: July 17, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE